**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CRYSTAL SMITH**                                                                 **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 3:26-cv-38-GHD-JMV**

**SOUTHERN BANCORP BANK**                                          **DEFENDANT**

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

This matter is before the Court upon the motion of Plaintiff seeking entry of default against Defendant Southern Bancorp Bank [Doc. 12]. For the reasons articulated in the Defendant's response in opposition to the motion [Doc. 13], the Court finds that the motion for entry of default shall be DENIED.

Federal Rule of Civil Procedure 55(a) provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a).

Here, entry of default pursuant to Fed. R. Civ. P. 55(a) is improper for the reasons articulated in the Defendant's response in opposition to the motion. On May 1, 2026, Defendant filed an answer [Doc. 15] to the complaint. As such, the request for entry of default against the Defendant shall be and is hereby DENIED, the Defendant's Answer and Affirmative Defenses [Doc. 15] filed on May 1, 2026, are deemed to be timely filed, and a case management conference shall be set by separate notice.

**SO ORDERED,** this the 4th day of May, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**